1  TREVOR J. HATFIELD, ESQ.
   Nevada Bar No. 7373
2  **HATFIELD & ASSOCIATES, LTD.**
3  703 South Eighth Street
   Las Vegas, Nevada 89101
4  (702) 388-4469 Tel.
   (702) 386-9825 Fax
5  *thatfield@hatfieldlawassociates.com*

6  *Attorney for Plaintiff*

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

9

10  RONALD JONES,                                      Case No. 2:19-cv-01085-JCM-DJA

11           Plaintiff,

12      vs.                                            **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

13  DESERT PALACE, LLC dba Caesars Palace, a
    Nevada Limited Liability Company; 3535 LV
14  NEWCO, LLC dba LINQ, a Delaware Limited
    Liability Company; PARBALL NEWCO, LLC dba
15  Bally's Las Vegas, a Delaware Limited Liability
    Company,
16
             Defendants.
17

18

19      COMES NOW, Plaintiff Ronald Jones ("Plaintiff"), by and through his counsel, Trevor J.

20  Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendants DESERT PALACE,

21  LLC, 3535 LV NEWCO, LLC, and PARBALL NEWCO, LLC ("Defendants") by and through their

22  counsel, Shannon S. Pierce, Esq., of the law firm of Fennemore Craig, P.C., hereby stipulate and

23  agree to extend the time for Plaintiff to Respond to Defendants' Motion for Summary Judgment (ECF

24  #26). This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and 26-4 and is the party's

25  first request for an extension of time for Plaintiff to respond to Defendant's Motion for Summary

26  Judgment.

27

28

1

Good cause exists for this extension, as the current coronavirus/COVID-19 pandemic has caused, and continues to cause, disruption to the practice of Plaintiff's counsel. Defendants' counsel has agreed to an extension to September 23, 2020.

Accordingly, Plaintiff shall have up to and including September 23, 2020, to respond to Defendants' Motion for Summary Judgment (ECF #26).

Dated this 21st day of August, 2020

**HATFIELD & ASSOCIATES**

/s/ Trevor J. Hatfield
By:_____
Trevor J. Hatfield, Esq. (SBN 7373)
703 S. Eighth Street
Las Vegas, Nevada 89101
Tel: (702) 388-4469
Email: thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff*

Dated this 21st day of August, 2020

**FENNEMORE CRAIG, P.C.**

/s/ Shannon S. Pierce
By:_____
Shannon S. Pierce, Esq. (SBN 12471)
Wade Beavers, Esq. (SBN 18451)
300 E. Second Street, Suite 1510
Reno, Nevada 89501
Tel.: (775) 788-2200
Email: spierce@fclaw.com
Email: wbeavers@fclaw.com
*Attorneys for Defendants Desert Palace, LLC, 3535 LV Newco, and Parball Newco, LLC*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: August 24, 2020

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of August, 2020, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the ECF system which served the parties hereto electronically.

DATED:  August 21, 2020                    */s/ Freda P. Brazier*
                                            An Employee of Hatfield & Associates, Ltd.